

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Larry Paul, Appellant

No. 06-15-00069-CV       v.

Red Rock Pipeline and Irrigation, LLC, Appellee

Appeal from the 6th District Court of Red River County, Texas (Tr. Ct. No. CV03068). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We further order that the appellant, Larry Paul, pay all costs of this appeal.

RENDERED NOVEMBER 5, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk